# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY,<br><br>          Plaintiff,<br><br>     v.<br><br>GOREE, et al.,<br><br>          Defendants. | Case No. 1:17-cv-00997-JLT (PC)<br><br>**ORDER ON PLAINTIFF'S OBJECTIONS TO THE FIRST SCREENING ORDER**<br><br>**(Doc. 15)**<br><br>**21-DAY DEADLINE** |

On January 17, 2018, the Court issued the First Screening Order which identified deficiencies in Plaintiff's pleading and granted leave for Plaintiff to file a second amended complaint. (Doc. 12.) Specifically, the First Screening Order informed Plaintiff that he needed to link each Defendant to his factual allegations and that he has no protectable constitutional right to the handling and processing of inmate appeals. (*Id.*) Plaintiff was provided the pleading requirements and the legal standards regarding inmate appeals and for claims of retaliation and conspiracy as well as claims under state law, claims under the Bane Act, and for claims against supervisory prison personnel. (*Id.*)

Rather than file a second amended complaint, Plaintiff filed an objection in which he argues that he intended to file a claim for retaliation under the First Amendment and did not intend to pursue a claim purely based on the handling of his inmate appeals. (Doc. 15.) However, clarification of the claims Plaintiff desires to pursue in this action should be made in a

1

second amended complaint, not in objections to the screening order.  Though the deadline has passed, to accommodate this misunderstanding, Plaintiff is granted an extension of time to file a second amended complaint. Accordingly, it is the Court **ORDERS**:

    (1)    **<u>Within 21 days</u>** from the date of service of this order, Plaintiff **SHALL** file a second amended complaint;

    (2)    The Clerk of the Court is directed to forward Plaintiff a copy of the January 17, 2018 First Screening Order (Doc. 12) and a civil rights complaint form; and

    (3)    **<u>If Plaintiff fails to file a second amended complaint, the Court will recommend that this case to be dismissed due to his failure to obey a court order and to state a cognizable claim</u>**.

IT IS SO ORDERED.

Dated:   **February 16, 2018**              **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE