# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., </br></br> Plaintiff, </br></br> v. </br></br> D. GOREE, </br></br> Defendant. | Case No.: 1:17-cv-00997-DAD-JLT (PC) </br></br> NOTICE AND ORDER THAT INMATE CHRISTOPHER LIPSEY, JR., CDC #F-18039, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The Settlement Conference in this matter concluded on February 21, 2019. Plaintiff inmate Christopher Lipsey, Jr., CDC #F-18039, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **February 21, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1